OF NEW YORK, Appellant.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley and Untermyer, JJ.

NEW YORK GRINDERS ASSOCIATION, INC., Respondent, v. GELINDO MICHELINI, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

FRANK P. JONES, Respondent, v. BALTIMORE INSULAR LINE, INC., Appellant, Impleaded with Another.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of THE BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, Acting for and on Behalf of the City of New York, Relative to Acquiring Certain Real Property Situated and Located Generally Within and Bounded by West Two Hundred and Seventh Street, Ninth and Tenth Avenues, West Two Hundred and Sixteenth Street and the Harlem River, City of New York, for the Construction, Maintenance and Operation of a Municipal Rapid Transit Railroad Yard.— Appeal dismissed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

PECK & STERBA, INC., and Others, Respondents, v. PECK & STERBA, INCORPORATED, and J. ROY ALLEN, Appellants. (Consolidated Actions and Appeals.) — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellant, v. L. & C. MAYERS CO., INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

BLANCHE E. DONELON, Respondent, v. UNITED STATES CASUALTY COMPANY, Appellant.†— Judgment affirmed, with costs. No opinion. Present — Finch, P. J. Merrell, Townley, Glennon and Untermyer, JJ.

CROWN AUTO CLEARING CORPORATION, Appellant, v. GYONYORU TAXI CORPORATION, Defendant, Impleaded with MATTHEW H. BURKE GARAGE, INC., Respondent.‡— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

IRA AARONSON and AUGUST AARONSON, Copartners, etc., Appellants, v. MIDCITY REALTY CORPORATION and NEPTUNE REALTY COMPANY, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

KATHE MATSCHEKO and Another, Respondents, v. WILLIAM GOETZ and LOUISE GOETZ, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

S. A. H. MORTGAGE CO., INC., Respondent, v. STAFFORD BROTHERS, INC., and Others, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

EIGHTY-FIVE PARK AVENUE CORPORATION, Respondent, v. AMERICAN UNIVERSITY CLUB OF NEW YORK, INC., Appellant, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

GEORGE J. ELISBERG, Appellant, v. ALBERT H. COHEN, Respondent. SAMUEL H. WOLLMAN, Appellant, v. ALBERT H. COHEN, Respondent.— Judgments affirmed,

*Affd., 264 N. Y. 570.   †Affd., 264 N. Y. 527.   ‡Affd., 264 N. Y. 621.

with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

GEORGE J. ELISBERG, Appellant, v. ALBERT H. COHEN, Respondent. SAMUEL H. WOLLMAN, Appellant, v. ALBERT H. COHEN, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HERMINA VANDEWEGHE, Appellant, v. THE CITY OF NEW YORK, Respondent.*— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

FAY SCHWARTZBLATT, Respondent, v. ALFRED P. UPSHUR, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ROYAL INDEMNITY COMPANY, Respondent, v. AMERICAN BONDING COMPANY OF BALTIMORE, Appellant.†— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of an Arbitration of and Concerning Matters in Difference between GABRIEL RUBMAN, Appellant, and LEE-MAR CLOAK CO., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

RAE GABOWITZ, Respondent, v. MAX M. HOLZER and Others, Defendants, Impleaded with MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant Massachusetts Mutual Life Insurance Company to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Merrell, J., dissents and votes to reverse and grant the motion.

JAMES A. DEMAREST, Respondent, v. AMERICAN FOREIGN CREDIT CORPORATION, Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant, appellant, to answer within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

BARO GRUBELICH, Respondent, v. NEW BRUNSWICK FIRE INSURANCE COMPANY OF NEW BRUNSWICK, N. J., Appellant.‡— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Glennon and Untermyer, JJ., dissent and vote for reversal and dismissal of the complaint.

MARIA MATERA, Appellant, v. MAX MILLER, Respondent.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of LO MARK, Appellant, against SIDNEY S. LEVINE, as Commissioner of Licenses of the City of New York, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Merrell and O'Malley, JJ., dissent and vote to reverse and grant motion.

SUNRISE APPLE CORPORATION, Appellant, v. CONNOLLY SHAW, LIMITED, Respondent, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

*Affd., 263 N. Y. 672.    †Affd., 264 N. Y. 594.    ‡Affd., 264 N. Y. 554.